UNITED STATES DISTRICT COURT
STATE OF NEW MEXICO

KENNETHY HORN,

    Plaintiff,

v.                                                   No. CIV-13-00177 KG/GBW

BULL ROGERS, INC. and BULL ROGERS
LAYDOWN, INC.,

    Defendants.

## JUDGMENT

This final judgment is hereby entered pursuant to a Rule 68 Offer of Judgment made by Defendants, which was accepted by Plaintiff within fourteen days of the date of the offer.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiff shall recover as compensatory damages against Defendants Bull Rogers, Inc. and Bull Rogers Laydown, Inc. the total amount of $200,000.00.

Plaintiff shall also recover from Defendants Bull Rogers, Inc. and Bull Rogers Laydown, Inc. attorneys' fees in the total amount of $43,560, and taxable costs in the total amount of $1,254.35.

The Court denies all other relief not granted.

IT IS SO ORDERED.

Signed on this the 18th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

HUTCHINSON, LEWIS & DAUPHINOT

By _____
Joseph W. Dauphinot
611 S. Main St., Westwood Centre, Ste. 700
Grapevine, TX 76051
(817) 336-5533


KEEFE & ASSOCIATES, LLC


By _____
M.J. Keefe
1400 Central Ave., S.E., Suite 2000
Albuquerque, NM 87106
(505) 262-0000

*Attorneys for Plaintiff*

ATWOOD, MALONE, TURNER & SABIN, P.A.

By _____
Bryan Evans
Aaron S. Holloman
P.O. Drawer 700
Roswell, NM 88202-0700
(575) 622-6221
*Attorneys for Defendants*

Sign on this day 31 day of January, 2014

_____ Horn
Kenneth Horn

_____ Maldonado
Notary Public

My Commission expires April 5, 2015

APPROVED:

HUTCHINSON, LEWIS & DAUPHINOT

By_____
    Joseph W. Dauphinot
    611 S. Main St., Westwood Centre, Ste. 700
    Grapevine, TX 76051
    (817) 336-5533

KEEFE & ASSOCIATES, LLC

By_____
    M.J. Keefe
    1400 Central Ave., S.E., Suite 2000
    Albuquerque, NM 87106
    (505) 262-0000

*Attorneys for Plaintiff*

ATWOOD, MALONE, TURNER & SABIN, P.A.

By_____
    Bryan Evans
    Aaron S. Holloman
    P.O. Drawer 700
    Roswell, NM 88202-0700
    (575) 622-6221
*Attorneys for Defendants*